**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RODNEY MAYO,**<br>**PLAINTIFF**<br><br>**VERSUS**<br><br>**TAKED PHARMACEUTICALS**<br>**AMERICA, INC.; TAKEDA**<br>**PHARMACEUTICALS U.S.A., f/k/a**<br>**TAKEDA PHARMACEUTICALS**<br>**NORTH AMERCIA, INC., and TAKEDA**<br>**PHARMACEUTICAL COMPANY**<br>**LIMITED;**<br>**DEFENDANTS** | **MISC. CASE NO.** 16-mc-65<br><br><br><br>**JUDGE DOHERTY**<br><br><br><br>**MAGISTRATE JUDGE HANNA** |

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR**
**SETTLEMENT AS TO CLAIMS OF DECEDENT, RODNEY MAYO**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to

Claims of Linda Mayo (surviving spouse) as Independent Executrix and Derivative; and Rodney

D. Mayo as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda

Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of

and having had the opportunity to be heard, and this Court having considered all submissions

made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Linda Mayo as Independent Executrix and

Derivative; and Rodney D. Mayo as Derivative Claimant individually and as legal heir to the Estate

of Rodney Mayo deceased, and Takeda, as notice to the Court on October 31, 2016 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos

MDL Master Settlement Agreement.

- 2 -

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this   2nd   of November          , 2016.

 

 

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE